IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-239-WYD-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff(s),

v.

INFO 4U LIMITED, a United Kingdom business entity and
GORDON STUKELEY RITCHIE;
its Officer and Directors,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal of Gordon Stukeley Ritchie, filed October 18, 2005.  Having reviewed the Notice and being otherwise fully advised, it is

ORDERED that the claims and causes of action asserted against Defendant Gordon Stukeley Ritchie are **DISMISSED WITHOUT PREJUDICE**, each side to bear his or her own attorneys' fees and costs.

Dated:  October 19, 2005

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge