IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-239-WYD-CBS

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiffs,

v.

INFO 4U LIMITED, a United Kingdom business entity;
its Officer and Directors,

    Defendants.

---

**AMENDED ORDER**

---

The Order entered on November 4, 2005, is hereby amended to correct the interest rate used in that order, which was not current.  This Amended Order reflects the interest rate that was in effect on November 4, 2005, when the previous order was filed.

This matter is before the Court on Plaintiff's Motion for Default Judgment, filed October 26, 2005.  Defendant Info 4U Limited was served on September 6, 2005 and has not answered or otherwise responded to Plaintiff's Complaint.  Following Defendant's failure to file an answer or other responsive pleading, the clerk of the court entered an Entry of Default on November 1, 2005.  Having reviewed the Motion, the Affidavit of A.M. Demirali, and having considered and determined the damages to be a sum certain pursuant to Fed. R. Civ. P. 55(b), it is

ORDERED that judgment be entered in favor of Plaintiff, Consumer Crusade,

Inc., and against Defendant, Info 4U Limited, joint and several, in the following amounts:

| | |
|---|---|
| Principal: | $336,000.00 |
| Costs: | $650.00 |
| Amount of Judgment: | $336,650.00 |

It is FURTHERED ORDERED that the amount of judgment shall incur interest at the statutory rate of four point two six percent (4.26%) form the date the judgment is entered.

Dated:  November 10, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge